IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

MAGNOLIA HEALTHCARE, INC. and
FOUNDATION HEALTH SERVICES, INC.,                              PLAINTIFFS,

VS.                                         CIVIL ACTION NO. 4:04CV370-P-B

THE HARTFORD FINANCIAL SERVICES
GROUP, INC.; HARTFORD UNDERWRITERS
INSURANCE COMPANY, and JOHN DOES 1-25,                         DEFENDANTS.

## ORDER

This matter comes before the court upon Defendants' Motion to Dismiss or Stay Pending Resolution of Parallel Action [7-1]. Upon due consideration of the motion and the responses thereto the court finds as follows, to-wit:

In light of Judge Frank J. Polozola's February 24, 2005 order transferring *Hartford Underwriters Insurance Company v. Foundation Health Services, Inc. f/k/a Lunch, Inc.*, Civil Action No. 04-773 from the United States District Court for the Middle District of Louisiana to this court, the instant motion should be denied as moot.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss or Stay Pending Resolution of Parallel Action [7-1] is hereby **DENIED** as moot.

**SO ORDERED** this the 14th day of July, A.D., 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE